**Order entered February 24, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00100-CR

**CHRISTOPHER ROMMELL MCKINNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F19-75306-M**

### ORDER

Before the Court is appellant's February 22, 2021 third motion for extension of time to file his brief. We **GRANT** the motion to the extent we **ORDER** the brief due on March 31, 2021. If appellant fails to file a brief by that date, this appeal will be abated for a hearing in the trial court. See TEX. R. APP. P. 38.8(b)(3).

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE